*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# District of Columbia
# Court of Appeals

No. 17-BG-1082

IN RE JEFFREY M. SILOW

FILED 12/21/2017
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**2017 DDN 251**

An Administratively Suspended Member of the
Bar of the District of Columbia Court of Appeals

**Bar Reg. No. 211847**

BEFORE: Glickman and McLeese, Associate Judges, and Steadman, Senior Judge.

## O R D E R
(FILED – December 21, 2017)

On consideration of the certified order disbarring respondent from practice law by consent in the state of Pennsylvania; this court's October 10, 2017, order temporarily suspending respondent in this case and directing him to show cause why identical reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent did not file a response to the show cause order or the required D.C. Bar R. XI, § 14 (g) affidavit, it is

ORDERED that Jeffrey M. Silow is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). It is

FURTHER ORDERED that for the purposes of reinstatement the time for reinstatement will not begin to run until such time as respondent files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**